UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| ENDICOTT CONSTRUCTORS CORP.,       ) | |
| Plaintiff and Counter-Defendant,   ) | |
| v.                                 ) | Civil Action No. 1:14-cv-12807-LTS |
| E. AMANTI & SONS, INC., and SAFECO ) | |
| INSURANCE COMPANY OF AMERICA,      ) | |
| Defendants and Counter-Plaintiffs. ) | |

ORDER ON REPORT AND RECOMMENDATION

July 14, 2017

SOROKIN, J.

After de novo review of Magistrate Judge Boal's Report and Recommendation, Doc. No. 91, including consideration of Endicott's objection, Doc. No. 94, and the joint response filed by Amanti and Safeco, Doc. No. 95, the Court ADOPTS the Report and Recommendation,[1] ALLOWS Safeco's Motion for Summary Judgment, Doc. No. 55, ALLOWS Amanti's Motion for Summary Judgment, Doc. No. 54, on all of Endicott's claims against Amanti as well as on Count II of Amanti's counterclaims, and DENIES Amanti's Motion for Summary Judgment as to

---

[1] Endicott complains that it did not receive advance notice of the specific topics that Magistrate Judge Boal intended to ask about at the hearing she held on the Motions for Summary Judgment. It goes on to assert that "Without such notice[,] attempts to respond on the spur of the moment given the tremendous number of fact statements, some 110, and overall issues was, as a practical matter[,] substantially ineffective." Doc. No. 94 at 2. Unsurprisingly, Judge Boal appeared at the hearing on the Motions for Summary Judgment familiar with the entire record and asked focused questions regarding issues material to the pending motions. Endicott suffered no prejudice from receiving a hearing before a prepared judge and that is not a basis to object. It had a full and fair opportunity to address the motions in writing before the hearing, orally at the hearing, in post-hearing submissions had it sought to file such submissions, and in its substantive objections to the Report and Recommendation.

Count I of Amanti's Counterclaims. Within seven days Amanti shall state its intent with regard to Count I of its Counterclaims.

                                                                SO ORDERED.

                                                       /s/ Leo T. Sorokin
                                                   Leo T. Sorokin
                                                   United States District Judge